IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01647-JLK-MJW

PHYLLIS ADKINS,

Plaintiff,

vs.

UNUM PROVIDENT, a/k/a
UNUM LIFE INSURANCE COMPANY OF AMERICA and
OMNI HOTELS MANAGEMENT CORPORATION

Defendants.

## ORDER RE-SCHEDULING SETTLEMENT CONFERENCE (Docket No. 14)

Defendants' Unopposed Motion to Vacate and Re-Schedule Settlement Conference is GRANTED. The Settlement Conference set for February 21, 2008 at 1:30 p.m. is vacated. The Conference is re-set for March 5, 2008 at 1:30pm.

Dated: February 14th, 2008.

BY THE COURT:

Michael J. Watanabe
United States Magistrate Judge