IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01647-JLK

PHYLLIS ADKINS,

    Plaintiff,

vs.

UNUM PROVIDENT, a/k/a
UNUM LIFE INSURANCE COMPANY OF AMERICA and
OMNI HOTELS MANAGEMENT CORPORATION

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. #23), filed March 24, 2008, it is

ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys fees.

    Dated:   March 24, 2008

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  John L. Kane, Senior Judge
                                  United States District Court